NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000314
03-OCT-2011
09:09 AM**

NO. CAAP-11-0000314

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MELCHOR SABADO, Plaintiff-Appellant v.
ASSOCIATION OF APARTMENT OWNERS OF THE HAWAII KAI PENINSULA, a
Hawaii unincorporated association, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 09-1-2400-10 VLC)

ORDER GRANTING THE STIPULATION FOR DISMISSAL
WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES
(By: Reifurth, J., for the court[1])

Upon consideration of the Stipulation to Dismiss Appeal filed on September 27, 2011,

IT IS HEREBY ORDERED the stipulation is approved and this appeal is dismissed with prejudice. The parties shall bear their own fees and costs.

DATED: Honolulu, Hawai'i, October 3, 2011.

FOR THE COURT:

*Lawrence M Reifurth*

Associate Judge

---

[1] Considered by: Nakamura, C.J., Foley and Reifurth, JJ.